UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

MAY - 2 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**JOHN LINDSAY**
**RAYSHAWN LEE**

INDICTMENT

NO. 3:23-CR-52-DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about January 22, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **JOHN LINDSAY**, a defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, Model G3C, 9-millimeter pistol, bearing serial number ACB527647, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about November 4, 2016, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 16-CR-0063, **JOHN LINDSAY**, was convicted of the offense of Burglary 3rd Degree; and

On or about November 28, 2017, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-1493, **JOHN LINDSAY**, was convicted of the offenses of Promoting Contraband and Tampering with Physical Evidence; and

On or about July 21, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-1477, **JOHN LINDSAY**, was convicted of the offenses of Possession of a Firearm by a Convicted Felon (2 counts), Trafficking in a Controlled Substance I Schedule II Cocaine Less than Four Grams, Wanton

Endangerment I (2 counts), Illegal Possession of a Controlled Substance Schedule I Marijuana While in Possession of a Firearm, Illegal Possession of Drug Paraphernalia while in Possession of a Firearm, Intimidating a Participant in the Legal Process, Strangulation II, Assault IV Third or Subsequent Offense, and Criminal Mischief I.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm by a Prohibited Person)*

On or about January 22, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **RAYSHAWN LEE**, a defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Kel-Tec, Model PF-9, 9 millimeter pistol, bearing serial number SKD36, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about September 10, 2008, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 08-CR-0184, **RAYSHAWN LEE**, was convicted of the offense of Assault Second Degree; and

> On or about August 14, 2017, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0659, **RAYSHAWN LEE**, was convicted of the offense of Wanton Endangerment in the First Degree.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 922(g)(1) as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **JOHN LINDSAY** and **RAYSHAWN LEE**, defendants herein, shall forfeit to the United

States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to, a Taurus, Model G3C, 9-millimeter pistol, bearing serial number ACB527647; a Kel-Tec, Model PF-9, 9 millimeter pistol, bearing serial number SKD36; and ammunition.

A TRUE BILL.



_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED05022023

UNITED STATES OF AMERICA v. **JOHN LINDSAY** and **RAYSHAWN LEE**

## PENALTIES

Counts 1 and 2: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.