

FILED
JAMES J. VILT, JR. - CLERK
MAY - 2 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                       Criminal Action No.: 3:23-cr-52-DJH

JOHN LINDSAY                                                        DEFENDANTS
RAYSHAWN LEE

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Frank E. Dahl III hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Frank E. Dahl III
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6772
Email: frank.dahl@usdoj.gov