UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                          CRIMINAL ACTION NO. 3:23-CR-52-DJH

JOHN LINDSAY                                                                                DEFENDANTS
RAYSHAWN LEE

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with a violations of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8), is hereby ORDERED to be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

This __2d__ day of __May__, 2023.

_____
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

MAY - 2 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY