# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**VS.**                                              **CRIMINAL ACTION NUMBER: 3:23CR-52-DJH**

**RAYSHAWN LEE**                                                                              **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On June 28, 2023, United States Magistrate Regina S. Edwards held an initial appearance on this matter via video conference. Assistant United States Attorney Frank Dahl appeared on behalf of the United States. The defendant appeared in custody from Oldham County Detention Center. The proceeding was digitally recorded.

The parties consented to proceed with initial appearance via video conference.

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Indictment is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charge contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed Ashlea Hellman from the Criminal Justice Act attorney panel list to represent the defendant.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that arraignment proceedings and a detention hearing is scheduled for **June 30, 2023, at 2:00 p.m.** in Courtroom before the Honorable Regina S. Edwards, United States Magistrate Judge. The defendant is remanded to custody of United States Marshals Service pending further order of the Court.

June 29, 2023

:05

Regina S. Edwards, Magistrate Judge
United States District Court