UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION


UNITED STATES OF AMERICA,                                                Plaintiff,

v.                                              Criminal Action No. 3:23-cr-52-DJH

JOHN LINDSAY (1) and
RAYSHAWN LEE (2),                                                       Defendants.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on August 3, 2023, with the following counsel participating:

| For the United States: | Frank E. Dahl, III |
| --- | --- |
| For Defendants: | Donald J. Meier |
| | Ashlea Hellmann |

The Court and counsel discussed the procedural posture of the case.  Counsel reported that discovery from the United States is complete.  Defense counsel indicated that they may file a motion to continue the trial of this matter.  The United States had no objection to the proposed continuance.  Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1)    This matter is **SET** for an in-person status hearing on **August 23, 2023, at 2:00 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

(2)    The defendants **SHALL FILE** any motion to continue by the close of business on **Monday, August 14, 2023**.

(3)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from August 3, 2023, to August 23, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because the defendants would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

August 4, 2023

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

2